COM.

v.

**WILLIAMS, G.**

**1417 EDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–51–CR–0006521–2008
(Philadelphia)

Affirmed

COM.

v.

**THOMAS, J.**

**1663 EDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–51–CR–0008521–2015 (Philadelphia)

Affirmed

COM.

v.

**EASLEY, B.**

**1729 EDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–23–CR–0005981–2012 (Delaware)

Affirmed

**S.C.C.**

v.

**J.L.C.**

**2348 EDA 2016**

Superior Court of Pennsylvania.

07/24/2017

No: 1606V7386

(Philadelphia)

Affirmed

**MOUSIOS, L.**

v.

**WEST END FAIR ASSOCIATION**

**3042 EDA 2016**

Superior Court of Pennsylvania.

07/24/2017

No. 6127–CV–2013

(Monroe)

Affirmed

